UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, *et al.* <br> Plaintiffs, <br><br> v. <br><br> MICHAEL PACK, in his official capacity as CEO and Director of the U.S. Global Media Agency, Defendant. | Case No. 1:20-cv-1710 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of the plaintiffs' motion for temporary restraining order and attached declarations and exhibits, the Court will grant the motion for a temporary restraining order. The Court bases its decision on its assessment of the four factors it must consider, and it finds that: (1) the plaintiffs are likely to succeed on the merits; (2) the balance of hardships favors a temporary restraining order; (3) the public interest favors a temporary restraining order; and (4) the plaintiffs would suffer irreparable harm from the implementation of the defendant's actions absent a temporary restraining order. *Holiday CVS, L.L.C. v. Holder*, 2012 WL 10973832, at *1 (D.D.C. Feb. 7, 2012).

Accordingly, it is hereby

**ORDERED** that the Chief Executive Officer of the U.S. Agency for Global Media—and his agents, officers, subordinates, successors, or any persons acting in concert with them—shall refrain from taking any action or giving effect to any action that purports to exercise authority on behalf of the federal government or the U.S. Agency for Global Media to remove any officers or directors of the Open Technology Fund, a private non-profit corporation incorporated in the District of Columbia. It is further

**ORDERED** that the Chief Executive Officer of the U.S. Agency for Global Media—and his agents, officers, subordinates, successors, or any persons acting in concert with them—shall refrain from taking any action or giving effect to any action that purports to exercise authority on behalf of the federal government or the U.S. Agency for Global Media to replace the boards of directors of Open Technology Fund, Radio Free Europe/Radio Free Liberty (RFE/RL, Inc.), Radio Free Asia, or the Middle East Broadcasting Networks with a board effectively controlled by the federal government, or to give effect to any personnel decisions (such as removal of corporate officers) that must be taken by the organization's board of directors. It is further

**ORDERED** that the Chief Executive Officer of the U.S. Agency for Global Media—and his agents, officers, subordinates, successors, or any persons acting in concert with them—shall refrain of taking any action or giving effect to any action that purports to "freeze" grant funds to the Open Technology Fund, Radio Free Europe/Radio Free Liberty (RFE/RL, Inc.), Radio Free Asia, or the Middle East Broadcasting Networks unless and until the U.S. Agency for Global Media properly identifies a specific legal deficiency as required by 2 C.F.R. 200.338 and 2 C.F.R. 200.100. It is further

**ORDERED** that this order shall remain in effect pending resolution of the plaintiffs' motion for a preliminary injunction, but for no longer than 30 days unless expressly extended by order of this Court.

**SO ORDERED.**

```
                                        _____
                                        The Honorable Beryl A. Howell,
                                        Chief Judge
```

DATE: June __, 2020