**Attachment Required by Local Rule 7(h)**

The following attorneys and parties are entitled to be notified of this [proposed] order:

Michael Williams
Vice President of Legal, Compliance and Risk Management
U.S. Agency for Global Media
330 Independence Avenue, SW,
Washington, DC 20237

*Counsel for Defendant Michael Pack*

Michael Pack
U.S. Agency for Global Media
330 Independence Avenue, SW,
Washington, DC 20237

*Defendant*

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*United States Attorney General*

United States Attorney
Civil Process Clerk, US Attorney's Office
501 Third Street, NW, Fourth Floor
Washington, DC 20530

*United States Attorney*