# Exhibit H

# BYLAWS

# OF

# MIDDLE EAST BROADCASTING NETWORKS, INC.

## (A District of Columbia Nonprofit Corporation)

March 23, 2017

1. OFFICES

    1.1. Registered Office.

The registered office of Middle East Broadcasting Networks, Inc. (hereinafter called the "Corporation") shall be located in Washington, D.C.

    1.2. Other Offices.

The Corporation may also have offices at such other places, both within and without the District, as the Board of Directors may from time to time determine or the business of the Corporation may require.

2. MEMBERS

The Corporation shall have no members.

3. BOARD OF DIRECTORS

    3.1. Powers.

The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors, which may exercise all such powers of the Corporation and do all such lawful acts and things as are not prohibited by statute or by the Articles of Incorporation or these Bylaws.

    3.2. Appointment and Term of Office.

The number of Directors shall be no less than three (3). The members of the Board of Directors shall be appointed and serve in accordance with District of Columbia law and, as appropriate, with the provisions of 22 U.S.C. §6204(a)(20) and 22 U.S.C. §6209(d) or corresponding provisions of any subsequent law or laws. Each Director shall hold office until his or her successor is elected and qualified or until his/her resignation or removal.

    3.3. Vacancies.

Vacancies on the Board of Directors shall be filled in accordance with District of Columbia law and, as appropriate, with the provisions of 22 U.S.C. § 6204(a)(20) and 22 U.S.C. § 6209(d) or corresponding provisions of any subsequent law or laws.

    3.4. Chairperson of the Board.

The Board of Directors shall appoint from among its members a Chairperson of the Board. The Chairperson of the Board shall preside at all meetings of the Board of Directors, shall be a

member of all standing committees, and shall perform such other duties and have such other powers as may be vested in the Chairperson by the Board of Directors.

### 3.5 Vice-Chairperson of the Board.

The Board may appoint from among its members a Vice-Chairperson who, in the absence of the Chairperson or in the event of the Chairperson's refusal or inability to act, shall preside at meetings of the Board of Directors and shall perform such other duties and shall have such other powers as may be vested in the Vice-Chairperson by the Board of Directors.

### 3.6. Annual Meeting.

An annual meeting of the Board of Directors shall be held at such time and place as shall be determined by the Board of Directors and designated in the notice of the meeting.

### 3.7. Regular Meetings.

The Board of Directors may provide by resolution the date, time and place for the holding of regular meetings, other than the annual meeting of the Board of Directors, without other notice than such resolution.

### 3.8. Special Meetings.

Special meetings of the Board of Directors may be called by the Chairperson upon ten days notice to each Director, except as provided in Section 3.12 below with respect to telephone meetings, and a special meeting shall be called by the Secretary of the Corporation on like notice upon the written request of a majority of the number of Directors then in office. Such meeting shall be held on such date and at such time and place as shall be designated in the notice of the meeting by the person or persons calling the meeting.

### 3.9 Notice and Waiver of Notice.

Whenever any notice of a meeting of the Board of Directors is required to be given under provisions of the Articles of Incorporation or these Bylaws, (a) such notice shall be given either personally, by electronic mail, by telephone, by facsimile, by mail or by telegram, addressed to the Directors at his or her address as it appears on the records of the Corporation and, unless otherwise provided in these Bylaws, at least ten days before the date designated for such meetings, or (b) a waiver thereof in writing, signed by the person or persons entitled to such notice and filed with the records of the meeting, whether before or after the holding thereof, shall be equivalent to the giving of such notice. Notice shall be deemed given at the time when the same is personally delivered, deposited in the United States mail, with postage thereon prepaid, or delivered to a telegraph company. Neither the business to be transacted at, nor the purpose of, any regular or special meeting of the Board of Directors need be specified in the notice or waiver of notice of such meeting. Presence at any meeting without objection also shall constitute waiver of any required notice.

3

3.10. Quorum and Vote at Meetings.

At any meeting of the Board of Directors, a majority of the Directors then in office shall be necessary and sufficient to constitute a quorum for the transaction of all business, save for amendments to these Bylaws. In no event shall the Bylaws be amended to provide a quorum that consists of less than one-third of the total number of Directors fixed in these Bylaws. A majority of the votes cast at a meeting of the Board of Directors, duly called and at which a quorum is present, shall be sufficient to take or authorize action upon any matter which may properly come before the meeting, unless the concurrence of a greater proportion is required for such action by statute, the Articles of Incorporation, or these Bylaws. If at any meeting of the Board of Directors, there shall be less than a quorum present, a majority of those present may adjourn the meeting, without further notice, from time to time until a quorum shall be present. At any adjourned meeting at which a quorum shall be present, any business may be transacted which might have been transacted at the meeting as originally notified.

3.11. Action Without Meeting.

Any action required or permitted to be taken at a meeting of the Board of Directors may be taken without a meeting if a consent in writing, setting forth such action, is signed by all of the Directors, and such written consent is filed with the minutes of proceedings of the Board. Such consent shall have the same force and effect as a unanimous vote.

3.12. Telephonic Meetings.

Members of the Board of Directors or any committee designated by the Board may participate in a meeting of such Board or committee by means of conference telephone or similar communications equipment by means of which all persons participating in the meeting can hear each other. Telephonic meetings shall be held upon reasonable notice. Participation in a meeting pursuant to this section shall constitute presence in person at such meeting.

3.13. Compensation and Reimbursement.

Directors and members of any committee of the Board of Directors shall not be entitled to compensation for their services as Directors or committee members. Directors and members of any committee of the Board of Directors shall be entitled, to the extent authorized by the Board of Directors, to reimbursement for any reasonable expenses incurred in attending meetings of the Board or any committee of the Board, as the case may be.

4. COMMITTEES

4.1. Management Committees.

The Board of Directors may designate, by resolution adopted by a majority of its members, an Executive Committee and other committees composed of two or more Directors which, to the extent provided in said resolution or these Bylaws, shall have and exercise the authority of the

4

Board of Directors in the management of the Corporation or such other purposes and with such powers as the Board of Directors may determine; provided, however, that neither the Executive Committee nor any other committee shall have the power to amend the Articles of Incorporation or these Bylaws of the Corporation.

    4.2. Audit Committee

Subject to the approval of the Board of Directors, the Chairman of the Board shall appoint from among the Board a three-member Audit Committee and shall designate the chair of said committee.

    4.3. Other Committees

Other committees may be designated and appointed by a resolution adopted by a majority of the Directors present at a meeting at which a quorum is present. Said committees may be either standing or *ad hoc* committees, shall be composed of three or more members of the Board of Directors and shall exist and act for such purposes and with such powers as the Board may determine.

5. OFFICERS

    5.1. Positions.

The officers of the Corporation shall be a President, a Secretary, and a Treasurer, and may include one or more Vice Presidents or other officers and assistant officers. Any number of offices may be held by the same person, unless the Articles of Incorporation or these Bylaws otherwise provide; provided, however, that in no event shall the President and the Secretary be the same person.

    5.2. Appointment and Term of Office.

Each officer of the Corporation shall be appointed and shall serve in accordance with District of Columbia law and, as appropriate, 22 U.S.C. §6209(d) or corresponding provisions of any subsequent law or laws. Each officer shall serve until his/her successor is chosen and qualified or until his/her resignation, or removal. Appointment of an officer shall not itself create any contractual rights.

    5.3. Resignation and Removal.

Any officer may resign at any time upon written notice to the Corporation. Any officer appointed pursuant to 22 U.S.C. §6209(d) shall be subject to removal as provided therein. Any vacancy occurring in any office of the Corporation shall be filled in accordance with District of Columbia law and, as appropriate, 22 U.S.C. §6209(d) or corresponding provisions of any subsequent law or laws.

5.4. President.

The President shall have general and active management of the business of the Corporation and shall insure that all orders and resolutions of the Board of Directors are carried into effect. The President shall execute bonds, mortgages and other contracts requiring a seal, under the seal of the Corporation, except where required or permitted by law to be otherwise signed and executed and except where the signing and execution thereof shall be expressly delegated by the Board of Directors to some other officer or agent of the Corporation.

5.5. Vice President.

In the absence of the President or in the event of the President's inability or refusal to act, the Vice President (or in the event there be more than one Vice President, the Vice Presidents in the order designated, or in the absence of any designation, then in the order of their appointment) shall perform the duties of the President, and when so acting shall have all the powers of, and be subject to all the restrictions upon, the President. The Vice Presidents shall perform such other duties and have such other powers as the Board of Directors may from time to time prescribe.

5.6 Secretary.

The Secretary shall attend all meetings of the Board of Directors, and shall record all the proceedings of the meetings of the Board of Directors in a book to be kept for that purpose, and shall perform like duties for the standing committees, when required. The Secretary shall give, or cause to be given, notice of all special meetings of the Board of Directors, and shall perform such other duties as may be prescribed by the Board of Directors or by the President, under whose supervision the Secretary shall be. The Secretary shall have custody of the corporate seal of the Corporation, and the Secretary, or an Assistant Secretary, shall have authority to affix the same to any instrument requiring it, and when so affixed it may be attested by the signature of the Secretary or by the signature of such Assistant Secretary. The Board of Directors may give general authority to any other officer to affix the seal of the Corporation and to attest the affixing by such officer's signature. The Secretary or an Assistant Secretary may also attest all instruments signed by the Chairperson of the Board, the President, or any Vice President.

5.7. Assistant Secretary.

The Assistant Secretary, or if there be more than one, the Assistant Secretaries in the order determined by the Board of Directors (or if there shall have been no such determination, then in the order of their election), shall, in the absence of the Secretary or in the event of the Secretary's inability or refusal to act, perform the duties and exercise the powers of the Secretary, and shall perform such other duties and have such other powers as the Board of Directors may from time to time prescribe.

5.8 Treasurer.

The Treasurer shall have the custody of the corporate funds and securities and shall keep full and accurate accounts of receipts and disbursements in books belonging to the Corporation, and shall deposit all monies and other valuable effects in the name and to the credit of the Corporation in such depositories as may be designated by the Board of Directors. The Treasurer shall disburse the funds of the Corporation as ordered by the Board of Directors, taking proper vouchers for such disbursements, and shall render to the President, and to the Board of Directors at its regular meetings, or when the Board of Directors so required, an account of all transactions as Treasurer and of the financial condition of the Corporation. If required by the Board of Directors, the Treasurer shall give the Corporation a bond in such sum and with such surety or sureties as shall be satisfactory to the Board of Directors for the faithful performance of the duties of the Treasurer's office and for the restoration to the Corporation, in case of the Treasurer's death, resignation, retirement or removal from office, of all books, papers, vouchers, money and other property of whatever kind, in the Treasurer's possession or under the Treasurer's control and belonging to the Corporation.

5.9. Assistant Treasurer.

The Assistant Treasurer, or if there shall be more than one, the Assistant Treasurers in the order determined by the Board of Directors (or if there shall have been no such determination, then in the order of their election), shall, in the absence of the Treasurer or in the event of the Treasurer's inability or refusal to act, perform the duties and exercise the powers of the Treasurer, and shall perform such other duties and have such other powers as the Board of Directors may from time to time prescribe.

5.10. Compensation.

Any officer of the Corporation is authorized to receive reasonable compensation for services rendered, when authorized by the Board of Directors, in its sole discretion.

6. INDEMNIFICATION AND LIMITATION OF LIABILITY

6.1. Indemnification.

Unless expressly prohibited by law, the Corporation shall fully indemnify any person made, or threatened to be made, a party to an action, suit or proceeding (whether civil, criminal, administrative or investigative) by reason of the fact that such person, or such person's testator or intestate, is or was a Director, officer, employee or agent of the Corporation or serves or served any other enterprise at the request of the Corporation, against all expenses (including attorneys' fees), judgments, fines and amounts paid or to be paid in settlement incurred in connection with such action, suit or proceeding.

6.2. Limitation of Liability.

Provided the Corporation maintains liability insurance with a limit of coverage of not less than $200,000 per individual claim and $500,000 per total claims that arise from the same occurrence, officers, Directors or other persons who perform services for the Corporation and who do not receive compensation other than reimbursement of expenses ("volunteers") shall be immune from civil liability. Persons regularly employed to perform a service for a salary or wage ("employees") shall not be held personally liable in damages for any action or omission in providing services or performing duties on behalf of the Corporation in an amount greater than the amount of total compensation, other than reimbursement of expenses, received during the 12 months immediately preceding the act of omission for which liability was imposed. Regardless of the amount of liability insurance maintained, this limitation of liability for volunteers and employees shall not apply when the injury or damage was a result of the volunteer or employee's willful misconduct, crime (unless the volunteer or employee had reasonable cause to believe that the act was lawful), transaction that resulted in an improper personal benefit of money, property or service to the volunteer or employee, act or omission that occurred prior to the effective date of the District of Columbia Nonprofit Corporation Amendment Act of 1992, or act or omission that was not in good faith and was beyond the scope of authority of the Corporation pursuant to this act or the corporate charter. This limitation of liability shall not apply to any licensed professional employee operating in his or her professional capacity. The Corporation is liable only to the extent of the applicable limits of insurance coverage it maintains.

## 7. GRANTS ADMINISTRATION AND FUNDRAISING

7.1. Purpose of the Grants.

The Corporation shall have the power to make grants and contributions and to render other financial assistance for the purposes expressed in the Corporation's Articles of Incorporation.

7.2. Exclusive Power in the Board of Directors.

The Board of Directors shall have exclusive control over grants, contributions, and other financial assistance given by the Corporation, The Board of Directors shall review all requests for funds and shall require that such requests specify the use to which the funds will be put. If the Board of Directors approves a request for funds, the Board shall authorize payment of such funds to the approved grantee.

7.3. Refusal and Withdrawal.

The Board of Directors, in its absolute discretion, shall have the right to refuse to make any grants or contributions, or to render other financial assistance, for any or all of the purposes for which the funds are requested. In addition, the Board of Directors, in its absolute discretion, shall have the right to withdraw its approval of any grant at any time and use the funds for other charitable, scientific, or educational purposes.

### 7.4. Grants to Other Organizations.

The Board of Directors may make grants to any organization organized and operated exclusively for charitable, scientific or educational purposes with the meaning of § 501(c)(3) of the Internal Revenue Code. Such an organization may be either a domestic or a foreign organization. If the Board of Directors approves a grant to another organization for a specific project or purpose, the Corporation may solicit funds for the grant. However, contributions received by the Corporation from such solicitations are regarded as for the use of the Corporation and not for the grantee organization.

### 7.5. Accounting Required.

The Board of Directors shall require that all grantees furnish a periodic accounting to show that the funds were expended for the purposes that were approved by the Board of Directors.

### 7.6. Restrictions on Contributions.

The Corporation retains complete control and discretion over the use of all contributions it receives. Contributions received by the Corporation from the solicitations for specific grants shall be regarded as for the use of Corporation and not for the organizations for which the funds were solicited. The Corporation refuses to accept contributions earmarked exclusively for allocation to one or more foreign organizations.

### 7.7. Restrictions on Fundraising.

The Corporation shall not engage in any fundraising activities whatsoever unless such activities have been expressly approved in writing in advance by the Board of Directors.

## 8. GENERAL PROVISIONS.

### 8.1. Execution of Instruments.

All checks or demands for money and notes of the Corporation shall be signed by such officer or officers or such other person or persons as the Board of Directors may from time to time designate.

### 8.2. Seal

The Corporation may have a seal of such design as the Board of Directors may adopt. If so adopted, the custody of the seal shall be with the Secretary and he/she shall have authority to affix the seal to all instruments where its use is required.

8.3. Fiscal Year.

The fiscal year of the Corporation shall begin on October 1 and end on September 30 of each year, with the initial fiscal to commence, on the date of the incorporation.

9.     AMENDMENTS OF BYLAWS.

These Bylaws may be amended at any meeting of the Board of Directors by a two-thirds (2/3) vote of the current membership of the Board, provided that the proposed amendment has been sent by U.S. Mail or electronic mail to each member of the Board of Directors not later than ten (10) days prior to such meeting.