IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, et al.<br><br>                Plaintiffs,<br>    v.<br><br>MICHAEL PACK, in his official capacity<br>as Chief Executive Officer and Director of the<br>U.S. Agency for Global Media,<br><br>                Defendants. | Case No. 1:20-cv-1710 |

## DECLARATION OF J. LAUREN TURNER

I, J. Lauren Turner, declare as follows:

1. I am the General Counsel of the Open Technology Fund (OTF), a non-profit organization incorporated in the District of Columbia and a plaintiff in this action. I am offering this declaration in support of the plaintiffs' motion for a temporary restraining order and preliminary injunction.

2. Open Technology Fund's mission is to advance Internet freedom in repressive environments by supporting the applied research, development, implementation, and maintenance of technologies—including large-scale circumvention tools—that provide secure and uncensored access to the U.S. Agency for Global Media's journalism content and the broader Internet. Open Technology Fund works to counter attempts by authoritarian governments in U.S. Agency for Global Media-priority countries to control the Internet and restrict freedom of information and association online.

3. Consistent with section 7050(b) of the Further Consolidated Appropriations Act, 2020 (P.L. 116-94), to "carry out research and development of new tools or techniques" and

"utilize tools and techniques to securely develop and distribute USAGM digital content," Open Technology Fund supports projects to: provide uncensored access to the internet to individuals living in information-restrictive countries to ensure that they can safely access U.S. Agency for Global Media content; and protect journalists, sources, and audiences from repressive surveillance and digital attacks to ensure that they can safely create and consume U.S. Agency for Global Media content.

4. Open Technology Fund executes its mission by awarding contracts to individuals and organizations that develop and implement technology that supports the mission and congressional internet freedom efforts. Open Technology Fund awards these contracts through an open and competitive application process.

5. On June 9, 2020, U.S. Agency for Global Media CEO Michael Pack instituted a "freeze" on all of our contracts, contract extensions, and personnel actions, including hiring. Attached as **Exhibit A** is a true and correct copy of the email from acting U.S. Agency for Global Media CEO Grant Turner informing us of the "freeze."

6. On June 17, 2020, Mr. Pack sent us a communication claiming that Open Technology Fund's Board of Directors had been fired and replaced with a Board of Mr. Pack's choosing. This action purportedly also included Mr. Pack's self-appointment as the Chairman of Open Technology Fund's Board. That same day, Mr. Pack purported to fire Open Technology Fund's CEO. The following day, Mr. Pack purported to fire Open Technology Fund's President too. Thus, even though we are a private, independent non-profit organization, and even though Mr. Pack lacks any legal authority to fire our officers or directors, we have been placed in an untenable position: Our funding agency is claiming to be able to completely eliminate and replace our leadership with a government-controlled board and, hence, any semblance of organizational independence we possess. Attached as **Exhibit B** is a true and correct copy of the

letter from U.S. Agency for Global Media CEO Michael Pack purporting to fire and replace our board of directors. Attached as **Exhibit C** is a true and correct copy of the letter from U.S. Agency for Global Media CEO Michael Pack purporting to fire our CEO. Attached as **Exhibit D** is a true and correct copy of the letter from U.S. Agency for Global Media CEO Michael Pack purporting to fire our president.

7. Needless to say, these purported terminations pose an immediate, ongoing, and serious threat to Open Technology Fund's ability to properly operate and fulfill its mission. As a direct result of the Mr. Pack's purported actions last Wednesday, Open Technology Fund has been operating under a legal cloud—uncertainty and paralysis that mounts each day, and that impedes our ability to perform our important anti-censorship work across the globe. Moreover, if Mr. Pack's view of the law were to prevail, the organization would be under the direction of a Chairman who instituted the very freeze that further prevents us from fulfilling our organizational mission. Absent a court order providing a declaratory and injunctive relief, Open Technology Fund thus faces grave, existential risk as an organiation.

8. Mr. Pack's actions have also caused immediate and continuing harm to Open Technology Fund and the estimated two billion people across the globe who benefit from the tools and technologies that the Fund supports. In this way too, Mr. Pack's actions have prevented and will continue to prevent Open Technology Fund from fulfilling its mission in the immediate term absent declaratory and injunctive relief. These actions will have long term negative impacts on Office of Technology Fund's ability to fulfill its mission.

9. If Open Technology Fund acts in contravention of the freeze, it risks a violation of the grant agreement governing the funds it receives from the U.S. Agency for Global Media and, consequently, the termination of its funding. If the freeze persists for 30 days, approximately 30

contracts worth approximately $5 million that are currently in the application review, negotiation, and award process will not be executed as planned.

10. In particular, Open Technology Fund is now at imminent risk of being unable to provide funding to the internet-freedom community. Because Open Technology Fund distributes money to the internet-freedom community via contracts, this freeze immediately halted Open Technology Fund's ability to perform its mission by freezing $1.5 million in the Fund's bank account and intended for use in the field. The U.S. Agency for Global Media is currently holding approximately $11 million of fiscal year 2020 funds appropriated by Congress to support internet freedom. These funds were allocated to Open Technology Fund pursuant to the U.S. Agency for Global Media's congressionally approved Internet Freedom Spend Plan, and committed to Open Technology Fund through its grant agreement. During its last call for applications, Open Technology Fund received requests from the field for nearly $20 million in support. This money stands to benefit people in multiple repressive regimes, many of which are adversaries of the United States. Open Technology Fund is now unable to execute contracts related to these requests. The U.S. Agency for Global Media has been entirely unresponsive to our requests regarding the intended purpose and duration of the freeze.

11. In addition, Mr. Pack's funding freeze and purported terminations have also immediately impacted Open Technology Fund's ability to perform its essential corporate functions. As a newly independent non-profit, Open Technology Fund is in the process of building out staff to support the distribution of the approximately $20 million designated to it for internet-freedom efforts. At the time the freeze was instituted, we were in the process of interviewing for six key positions, from new program managers and accounting support to additional technology positions. We have been unable to continue the interview process and are not able to extend job offers to these candidates. In addition, we are facing an expiring lease for

4

our current office space, which we cannot renew or extend in light of this freeze and without the clear of direction of stable, uncontested corporate leadership.

12. Moreover, Mr. Pack's actions create a grave risk of harm to the communities that the Open Technology Fund serves around the world. The individuals and organizations that apply to Open Technology Fund for money work on behalf of, and often themselves are, citizens of repressive regimes. Applying to Open Technology Fund, a U.S. government grantee, is in itself a great risk to these individuals. Those who take that risk do so because Open Technology Fund has earned their trust as the leading funder of open source internet freedom efforts globally. Moreover, because Open Technology Fund prioritizes funding projects created by members of the communities they are meant to serve, who understand first-hand the challenges present, our work is appreciated as being particularly effective. Following news of Mr. Pack's purported firing and replacement of our Board of Directors, and the purported firing of our CEO and President, Open Technology Fund has been inundated with emails from past, current, and prospective funding recipients—all expressing grave concern over the safety of their identities and their work in the hands of Open Technology Fund's purported new leadership. Each hour and day that this state of affairs persists causes lasting, irreversible damage to our organization, its reputation, and its effectivenss in performing its vital mission in service of global internet freedom.

13. The members of Open Technology Fund's purported new Board not only lack expertise in the area of technology and internet freedom, but have publicly aligned themselves with causes in direct conflict with many of the ideals that Open Technology Fund espouses and the communities that Open Technology Fund supports. As a result, we are now in the uniquely challenging position of trying to safeguard sensitive information about our applicants and the work they perform out of the well-founded fear that this information could be used adversely

against the internet freedom community by the Agency's preferred leadership for our organization.

14. As a result of Mr. Pack's actions, Open Technology Fund is at imminent risk of losing expert staff who have expressed fear and concern about the organization's future and about our ability to maintain a safe and sustainable work environment. The Open Technology Fund's team currently consists of a diverse set of researchers, technologists, and regional experts—a number of whom self-identify in social or political groups that members of the Board of Directors purportedly installed by Mr. Pack work against. Open Technology Fund's reputation in the community rests largely on the unique expertise and community alignment of its team; losing team members will be a significant blow to our reputation and our ability to effectuate our mission.

15. We are especially concerned that, with the exception of one individual, Pack's purported new board is entirely made up of government officials. Mr. Pack's decision to attempt to replace a largely independent board with a board dominated by and controlled by government officials appears calculated to undermine our independence in our operations and further erode the trust we have built with the global community we serve.

16. Open Technology Fund is now being squeezed by Pack and the U.S. Agency for Global Media. Through their purported terminations and installation of a government-controlled board and their ominous directives to freeze activities—without further context or reasoning—they are effectively using the power of the purse to control our funding and hiring decisions, which is beyond the scope and conditions of our grant agreement and is indeed even contrary to it. They have imposed conditions on our spending, issued data calls seeking information about the projects we currently support through contracts, and have inhibited our operations in ways that seem designed to shut our organization down entirely or have us espouse

principles that are antithetical to our organizational mission. We are also under threat of having a new Open Technology Fund CEO installed to serve at CEO Pack's pleasure.

17. In summary, the actions taken by Mr. Pack in past few days imperil virtually every aspect of Open Technology Fund's operations and existence—our ability to chart our own course as an organization; our ability to stay true to our mission and princples; our essential day-to-day corporate functions, such as hiring and maintenance of our office space; our continued funding; our ability to protect the vulnerable communities facing represssive regimes that trust us to safeguard their identities and enable their important work around the world; our reputation and goodwill; our ability to retain our valued staff; and hence, ultimately, our continued existence as an independent organization. Unless we are granted some measure of relief from the court, it is unclear how we will be able to function going forward.

18. These facts are a matter of my personal knowledge.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct. Dated this 24th day of June, 2020, and executed in Washington, DC.

*/s/ J. Lauren Turner*
J. Lauren Turner