# Exhibit A



Lauren Turner <lauren@opentech.fund>

# Fwd: New limitations on grantee operations
1 message

**Libby Liu** <libby@opentech.fund>  Tue, Jun 9, 2020 at 12:17 PM
To: Laura Cunningham <laura@opentech.fund>, Lauren Turner <lauren@opentech.fund>, Nat Kretchun <nat@opentech.fund>, heidi@opentech.fund



*Libby Liu*
*CEO*
*Open Technology Fund*
*Ph/Signal: +1 202.446.8372*
*Key id: B5E9C360*

Begin forwarded message:

> **From:** Grant Turner <GTurner@usagm.gov>
> **Date:** June 9, 2020 at 12:15:39 PM EDT
> **To:** Bay Fang <FangB@RFA.org>, Alberto Fernandez <afernandez@alhurra.com>, Jamie Fly <flyj@rferl.org>, Libby Liu <libby@opentech.fund>
> **Cc:** John Barkhamer <JBarkhamer@usagm.gov>, Thomas Layou <TLayou@usagm.gov>, David Kligerman <dkligerman@usagm.gov>, Daniel Hanlon <DHanlon@usagm.gov>, Diane Cullo <DCullo@usagm.gov>
> **Subject: New limitations on grantee operations**
>
> Hi All,
>
> We received word from the White House personnel office that Mr. Pack was appointed and sworn into office yesterday. This morning Michael sent out a couple of instructions for our federal operations which he would like extended to the grantees as well.
>
> I've passed this along to John Barkhamer and Thom, who will be in touch through the regular CFO channels, but I wanted to share the restrictions below with you directly.
>
> Effective immediately, there is a freeze on the following actions: (1) obligations for new contracts or extensions of any contract; (2) all personnel actions relating to hiring or promotion, and excluding retirements, and (3) all technical migrations.
>
> If you believe it is necessary to move on any of these matters immediately, please bring the matter to the attention of the the grants team in the CFO's shop with a written justification for the basis for such action and we will work with the CEO to clear.

There may be more instructions coming from Thom, on how/whether to formalize this through the grant agreement, but I quickly wanted to share the limitations.

Best,
Grant

Get Outlook for iOS