# Exhibit B



**U.S. AGENCY FOR GLOBAL MEDIA** | UNITED STATES BROADCASTING BOARD OF GOVERNORS

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

June 17, 2020

Ms. Libby Liu
Chief Executive Officer
Open Technology Fund

2025 M Street NW #300
Washington, DC 20036

Via email [libby@opentech.fund]

Dear Ms. Liu,

The Open Technology Fund (OTF) is hereby on notice of the following. Effective immediately, pursuant to my authorities as Chief Executive Officer (CEO) of the United States Agency for Global Media (USAGM), including under 22 USC 6209(d) and your bylaws:

(1) the following individuals are added to the Board of the OTF:

- Jonathan Alexandre (Senior Counsel, Liberty Counsel Action)
- Robert Bowes (Senior Advisor to the Secretary, HUD)
- Bethany Kozma (Deputy Chief of Staff, USAID)
- Rachel Semmel (Communications Director, OMB)
- Emily Newman (Chief of Staff, USAGM)
- Michael Pack (CEO, USAGM) as Chairman

(2) All other currently serving board members are hereby removed.

Thank you.

Best regards,

Michael Pack
Chief Executive Officer

Voice of America | Radio Free Europe/Radio Liberty | Office of Cuba Broadcasting | Radio Free Asia | Middle East Broadcasting Networks