# Exhibit D



**U.S. AGENCY FOR GLOBAL MEDIA** | UNITED STATES BROADCASTING BOARD OF GOVERNORS

330 Independence Avenue SW | Washington, DC 20237 | usagm.gov

June 18, 2020

Ms. Laura Cunningham
President
Open Technology Fund
2025 M Street NW #300
Via email: [laura@opentech.fund]

Dear Ms. Cunningham,

The Open Technology Fund (OTF) is hereby on notice of the following:

Effective immediately, I am removing you from your position as President of OTF.

This is pursuant to my authorities as CEO of the United States Agency for Global Media (USAGM), including under 22 USC 6209(d) and your bylaws.

In the avoidance of doubt, I would expect that your new Board, of which I am Chair, will ratify this action upon my direction.

Thank you for your service. I appreciate your superb work on behalf of the American people.

Best regards,

Michael Pack
Chief Executive Officer


Cc: Lauren Turner,
General Counsel, Open Technology Fund
Via email: [lauren@opentech.fund]