IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND, *et al.*,

    Plaintiffs,

v.

MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media,

    Defendant.

No. 1:20-cv-1710-BAH

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, it is hereby

**ORDERED** that the motion is **DENIED**.

.

Dated: _____, 2020

_____
Chief Judge Beryl A. Howell
United Stated District Judge