**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OPEN TECHNOLOGY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media, <br><br> Defendant. | No. 1:20-cv-1710-BAH |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendant respectfully notifies the Court and the parties that by email of June 26, 2020, the United States Agency for Global Media (USAGM) informed its grantees, including the Open Technology Fund, that there is no freeze in funding, including funding for obligations for new contracts or extensions to any contract, and that grantees may continue making obligations for new contracts or extension of any contracts pursuant to the terms of their respective grant agreements, notwithstanding the instructions in USAGM's email of June 9, 2020, *see* Declaration of Lauren Turner, Ex. A (ECF No. 4-13). A copy of the June 26, 2020 email to the Open Technology Fund and other grantees is attached hereto as Exhibit A.

DATED: June 26, 2020                    Respectfully submitted,

                                                    JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director, Federal Programs Branch

*/s/ Charles E.T. Roberts*
STEPHEN EHRLICH (NY Bar # 5264171)
CHARLES E.T. ROBERTS (PA Bar # 326539)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-8628
Email: charles.e.roberts@usdoj.gov

*Counsel for Defendants*

# Exhibit A

# Michael B. Williams

| | |
|---|---|
| **From:** | Grant Turner |
| **Sent:** | Friday, June 26, 2020 1:07 PM |
| **To:** | Lauren Turner; Bernadette Burns; Anne R. Noble, Esquire; Ben Herman |
| **Cc:** | Andre Mendes; Emily Pauline Newman; Michael B. Williams |
| **Subject:** | Re: New limitations on grantee operations |

Hello all,

There is no freeze in funding. You may continue taking each of the following actions identified in my email of June 9, 2020, pursuant to the terms of your grant agreements and notwithstanding my instructions in that email: (1) obligations for new contracts or extensions of any contract; (2) all personnel actions relating to hiring or promotion, and excluding retirements; and (3) all technical migrations.

Best,
Grant

Get [Outlook for iOS](#)

---

**From:** Grant Turner <GTurner@usagm.gov>
**Sent:** Tuesday, June 9, 2020 12:15 PM
**To:** Bay Fang; Alberto Fernandez; Jamie Fly; Libby Liu
**Cc:** John Barkhamer; Thomas Layou; David Kligerman; Daniel Hanlon; Diane Cullo
**Subject:** New limitations on grantee operations

Hi All,

We received word from the White House personnel office that Mr. Pack was appointed and sworn into office yesterday. This morning Michael sent out a couple of instructions for our federal operations which he would like extended to the grantees as well.

I've passed this along to John Barkhamer and Thom, who will be in touch through the regular CFO channels, but I wanted to share the restrictions below with you directly.

Effective immediately, there is a freeze on the following actions: (1) obligations for new contracts or extensions of any contract; (2) all personnel actions relating to hiring or promotion, and excluding retirements, and (3) all technical migrations.

If you believe it is necessary to move on any of these matters immediately, please bring the matter to the attention of the the grants team in the CFO's shop with a written justification for the basis for such action and we will work with the CEO to clear.

There may be more instructions coming from Thom, on how/whether to formalize this through the grant agreement, but I quickly wanted to share the limitations.

Best,
Grant

Get [Outlook for iOS](Outlook for iOS)