IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, et al.<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL PACK, in his official capacity<br>as Chief Executive Officer and Director of the<br>U.S. Agency for Global Media,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-1710 |

**MOTION TO FILE SUPPLEMENTAL DECLARATIONS**

On June 25, 2020, J. Lauren Turner, General Counsel of the Open Technology Fund, sent Counsel for the Plaintiffs a number of documents that detail the events at Open Technology Fund after the purported removals of the CEO, President, and Board. Counsel requests permission to file supplemental declarations from Ms. Turner with exhibits attached, and from Ms. Laura Cunningham, President of the Open Technology Fund. Counsel for the Plaintiffs hereby respectfully requests that the Court grant this motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Deepak Gupta*
　　　　　　　　　　　　　　　　　　Deepak Gupta
　　　　　　　　　　　　　　　　　　Gupta Wessler PLLC
　　　　　　　　　　　　　　　　　　1900 L St NW, Suite 312
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　202-888-1741

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

June 26, 2020