UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, *et al.*<br>　　　　　　　　　　　*Plaintiffs,*<br><br>　　v.<br><br>MICHAEL PACK, in his official capacity as CEO and Director of the U.S. Global Media Agency,<br>　　　　　　　　　　　*Defendant.* | Case No. 1:20-cv-1710 |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS**

Upon consideration of the Plaintiffs' Motion for Leave to File the declarations of J. Lauren Turner and Laura Cunningham, it is hereby

**ORDERED** that the motion is **GRANTED**.

_____
The Honorable Beryl A. Howell,
Chief Judge

DATE: June __, 2020