IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND, et al.

                Plaintiffs,

v.

MICHAEL PACK, in his official capacity
as Chief Executive Officer and Director of the
U.S. Agency for Global Media,

                Defendants.

Case No. 1:20-cv-1710

**SUPPLEMENTAL DECLARATION OF LAURA CUNNINGHAM**

I, Laura Cunningham, declare as follows:

    1.    At 7:18 pm on June 18, 2020, I received an email from Michael Pack stating that, "The Open Technology Fund (OTF) is hereby on notice of the following: Effectively immediately, I am removing you from your position as President of OTF. This is pursuant to my authorities as CEO of the United State Agency for Global Media (USAGM), including 22 USC 6209(d) and your bylaws. In the avoidance of doubt, I would expect that your new Board, of which I am Chair, will ratify this action upon my direction."

    2.    This notification was completely unexpected and came as a shock to me. I had no intention of resigning from OTF and planned to continue to lead the organization in my capacity as Acting CEO and President of OTF.

    3.    In addition, OTF's CEO had been purportedly removed and OTF's Board of Directors had been purportedly dissolved the previous day. As a result, my purported removal from my position as OTF's Acting CEO and President would have left OTF with no leadership to guide the organization, manage its staff, or approve financial and operational actions.

4.      Given the pattern of USAGM's interference with OTF operations, including an order to "freeze" all OTF funding and remove our leadership and Board of Directors, and given that USAGM is OTF's sole funder, I initially felt I had no choice but to abide by CEO Pack's direction in order to protect OTF as an organization, OTF's funding, and OTF's remaining staff from further retribution.

5.      Although I was uncertain about how to respond to these notifications at first, I was subsequently advised by Counsel that CEO Pack's notification of termination was not effective, and in order to provide OTF with the necessary continuity in leadership and to maintain critical operations, I have continued to perform leadership duties for OTF, including reporting to our Board of Directors. While I continue to perform these leadership duties to maintain OTF operations, I and the entire OTF team is working under a tremendous cloud of legal uncertainty and pressure from our sole funder.

6.      These actions and the ongoing legal uncertainty have undermined my ability to effectively execute my role as OTF's Acting CEO and President, protect OTF as an independent organization, provide necessary leadership to OTF, manage OTF staff, and fulfill OTF's mission.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct. Dated this 26th day of June, 2020, and executed in Washington, DC.

*/s/ Laura Cunningham*
Laura Cunningham