IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OPEN TECHNOLOGY FUND, et al.<br><br>            Plaintiffs,<br>      v.<br><br>MICHAEL PACK, in his official capacity<br>as Chief Executive Officer and Director of the<br>U.S. Agency for Global Media,<br><br>            Defendants. | Case No. 1:20-cv-1710 |

### SUPPLEMENTAL DECLARATION OF J. LAUREN TURNER

I, J. Lauren Turner, declare as follows:

1.  Attached as Exhibit A is a true and correct copy of an email sent by Acting USAGM CEO Grant Turner to Libby Liu, Open Technology Fund CEO, on June 5, 2020 notifying her that Michael Pack had postponed all grantee board meetings.

2.  Following the rescheduling of all grantee board meetings and the notification of the freeze, the Open Technology Fund board of directors scheduled an emergency board meeting. Attached as Exhibit B is a true and correct copy of an email sent by me on June 16, 2020 at 4:30 pm to the Open Technology Fund board of directors notifying of an emergency board meeting.

6.  Attached as Exhibit C is a true and correct copy of a resolution adopted at the Open Technology Fund emergency board meeting on June 17, 2020 authorizing me to seek outside legal counsel on the issue of the USAGM-instituted "freeze" and other relevant legal matters.

7.  Attached as Exhibit D is a true and correct copy of a resolution adopted at the Open Technology Fund emergency board meeting on June 17, 2020 adding the responsibilities of CEO to Laura Cunningham's role as President.

8. Attached as Exhibit E is a true and correct copy of the 2020 grant agreement signed by Heidi Pilloud and returned to USAGM budget office.

9. Following the purported removal of Laura Cunningham, I, along with our Vice President of Programs and CFO have been in regular contact with Laura Cunningham to make leadership decisions on behalf of the organization.

10. Members of the Open Technology Fund board have continued to act on behalf of the organization. Attached as Exhibit F is a true and correct copy of an email sent by Open Technology Fund board member Ben Scott to me with a request to schedule an emergency board meeting in compliance with our bylaws.

11   These facts are a matter of my personal knowledge.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing declaration is true and correct. Dated this 26th day of June, 2020, and executed in Washington, DC.

*/s/ J. Lauren Turner*
J. Lauren Turner
