# Exhibit A



Lauren Turner <lauren@opentech.fund>

# Fwd: Postponing Grantee Board Meetings Next Week
1 message

**Libby Liu** <libby@opentech.fund>                                                                          Fri, Jun 5, 2020 at 9:09 PM
To: Lauren Turner <lauren@opentech.fund>, Laura Cunningham <laura@opentech.fund>, Heidi Pilloud <heidi@opentech.fund>, Nat Kretchun <nat@opentech.fund>

Lauren

Can you let our board members know?

Thank you,

Libby

*Libby Liu*
*CEO*
*Open Technology Fund*
*Ph/Signal: +1 202.446.8372*
*Key id: B5E9C360*

Begin forwarded message:

> **From:** Grant Turner <GTurner@usagm.gov>
> **Date:** June 5, 2020 at 7:35:48 PM EDT
> **To:** Amanda Bennett <AmandaBennett@voanews.com>, Bay Fang <FangB@RFA.org>, Alberto Fernandez <afernandez@alhurra.com>, Jamie Fly <flyj@rferl.org>, Libby Liu <libby@opentech.fund>, Emilio Vazquez <evazquez@usagm.gov>
> **Cc:** David Kligerman <dkligerman@usagm.gov>
> **Subject: Fwd: Postponing Grantee Board Meetings Next Week**
>
> Hi All,
>
> As a follow up to my last email, please see the note below.
>
> Best,
> Grant
>
> Get Outlook for iOS

**From:** Oanh Tran <hotran@usagm.gov>
**Sent:** Friday, June 5, 2020 7:31 PM
**To:** USAGM Board Group
**Cc:** USAGM Group Aides; Grant Turner; David Kligerman; Hall Godfrey; Tranchina, Anthony M (TranchinaAM@state.gov)
**Subject:** Postponing Grantee Board Meetings Next Week

Dear Governors,

Please be advised that all Grantee Board meetings will be postponed next Wednesday, June 10. They will be rescheduled.

Also, as a gentle reminder, there will be no USAGM Board meeting next Wednesday.

Have a nice weekend.