# Exhibit B



Lauren Turner <lauren@opentech.fund>

# Notice of Emergency OTF Board Meeting
1 message

**Lauren Turner** <lauren@opentech.fund>  Tue, Jun 16, 2020 at 4:30 PM
To: OTF Board <otf-board@opentech.fund>
Cc: Libby Liu <libby@opentech.fund>, Laura Cunningham <laura@opentech.fund>, Heidi Pilloud <heidi@opentech.fund>

Dear Chairman Weinstein and OTF Board Members,

Pursuant to OTF Corporate Bylaws Section 6.6 (pasted below for reference), OTF has scheduled an Emergency Meeting at the request of 4 Directors for Wednesday, June 17, 2020 at 4:30 pm EDT. The meeting will be held virtually. Please note the call-in details below and the proposed agenda attached.

> *6.6 Emergency Meetings*
> *Upon the occurrence of urgent circumstances and request of the Chair or one less than a majority of Directors, an emergency meeting may be convened upon twenty-four (24) hours' notice by telephonic or electronic means to each Director, which shall specify the date, time, and place of the meeting. The emergency meeting may be conducted in person, by telephone, or other appropriate means, and may be held within or without the District of Columbia.*

Items noticed to be taken up are:

Resolution appointing Laura Cunningham to be named "INTERIM CEO" in addition to President for the period beginning with CEO Liu's separation from the corporation and the appointment of a full-time CEO for the OTF Corporation.

Resolution officially directing the OTF Corporation to engage outside subject matter counsel to provide advice and legal counsel to OTF Corporate Board members on the application of USAGM CEO Pack's "freeze" under USG Grant law, rules and regulations and to clarify the legal authorities of the USAGM CEO vis a vis the OTF Corporate Board of Directors.

**Call in Details**

Meeting ID to join by computer/video
meet.google.com/ana-zzas-iob
Phone Numbers to join by phone
(US)+1 470-485-3476
PIN: 485 573 654#

Kindly advise if you will join.

Sincerely yours,

Lauren


--
Lauren Turner
**General Counsel**
**Open Technology Fund**
**lauren@opentech.fund**
**Ph/Signal: +1 202.492.0652**

---


**OTF Bd Agenda_June 17.pdf**
47K