# Exhibit D

*OTF Board Resolution to add CEO job responsibilities to President Laura Cunningham's responsibilities*



### *Resolution to add CEO job responsibilities to President Laura Cunningham's responsibilities*

**June 17, 2020**

**Whereas,** OTF corporate bylaws Article 7.0 provides:

*The Officers of the Corporation shall be the … Chief Executive Officer ("CEO")…;*

**Whereas,** OTF corporate bylaws Article 7.1 provides:

*Officers shall be elected by majority vote of the Board of Directors at a duly called meeting at which a quorum is present…;*

**Whereas,**

*Libby Liu resigned from her position as CEO of OTF;*

A quorum of Directors of the Open Technology Fund, a District of Columbia nonprofit corporation, at a duly called and assembled emergency meeting, pursuant to the District of Columbia Nonprofit Corporation Act of 2010, as amended, and OTF's Bylaws, adopted by unanimous quorum the following:

It is **RESOLVED** that the CEO job responsibilities will be added to President Laura Cunningham's responsibilities for the period beginning with CEO Liu's separation from the corporation and the appointment of a full-time CEO for the OTF Corporation.

Members of the Open Technology Fund Board of Directors:

Witnessed and Recorded by:

_____

Lauren Turner, OTF Secretary

_____
June 17, 2020

Date

1