# Exhibit E

# GRANT AGREEMENT
# BETWEEN THE
# U.S. AGENCY FOR GLOBAL MEDIA AND
# OPEN TECHNOLOGY FUND

## FAIN: OT01-20-GO-00001

**GRANT FUNDS TABLE**

|  | FY 2020 PROGRAM PLAN | Previous Award Total | Current Award | New Award Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| **Open Technology Fund**[1] | $19,825,000 | $8,777,872 | $11,047,128 | $19,825,000 | Non-Reported |
| **Internet Freedom** | N/A | $600,000 | $0 | $600,000[2] | Non-Reported |
| **TOTAL FUNDING** | $19,825,000 | $9,377,872 | $11,047,128 | $20,425,000 | Non-Reported |

This Agreement constitutes Amendment number two (002) (the "Amendment") to the Fiscal Year ("FY") 2020 Grant Agreement between the U.S. AGENCY FOR GLOBAL MEDIA ("USAGM") and OPEN TECHNOLOGY FUND ("Non-Federal Entity") signed in January 2020 (the "Grant Agreement"). USAGM hereby grants an additional amount of **$11,047,128** of no-year funds to OPEN TECHNOLOGY FUND, up to $9,460,171 shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.

WHEREAS, funding has been made available pursuant to the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2020 of the Consolidated Appropriations Act of 2020, H.R. 1865 / H. Res.765, (Div. G, P.L. 116-94, December 20, 2019) and the corresponding Explanatory Statement (165 Cong. Rec. H11061 at H11428, December 17, 2019) and Report(s) (H. Rept. 116-78, S. Rept. 116–126), the USAGM has submitted the Internet Freedom Spend Plan and the necessary consultations have occurred, including with the Congress, and such plans are finalized (See Attachment K);

With the additional amounts granted under this agreement, the total amount USAGM has granted to the NFE for FY 2020 is **$20,425,000**, of which, **$600,000** of the no-year funds are provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6); and, **$19,825,000** (up to

---

[1] FY 2020 Internet Freedom Spend Plan Submission to Congress dated April 3, 2020 was approved April 23, 2020.

[2] $600,000 of the no-year funds were provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6).

FY 20 GRANT AGREEMENT | Amendment Number 001 – FAIN: OT01-20-GO-00001

**$17,552,955** shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.) of the no-year funds are provided by the Further Consolidated Appropriations Act, 2020, P.L. 116-94.

Except as otherwise expressly provided herein, the other provisions of the FY 2020 Grant Agreement shall remain in full force and effect.

| **OPEN TECHNOLOGY FUND** | **U.S. AGENCY FOR GLOBAL MEDIA** |
|---|---|
| BY _[signature]_ | BY _____ |
| Heidi Pilloud | Michael Pack |
| Treasurer and Chief Financial Officer | Chief Executive Officer |
| | |
| DATE  25 June 2020 | DATE _____ |

Attachment K[3]

| Open Technology Fund<br>Spend Plan<br>FY2020 | | | |
|---|---|---:|---:|
| Internet Freedom Fund | $ | 7,000,000 | 35% |
| Technology at Scale Fund | $ | 7,000,000 | 35% |
| Core Infrastructure Fund | $ | 750,000 | 4% |
| Prototype Fund | $ | 70,000 | 0% |
| Rapid Response Fund | $ | 450,000 | 2% |
| OTF Labs | $ | 1,725,000 | 9% |
| Research Fellowships | $ | 370,000 | 2% |
| USAGM Entity Support | $ | 260,000 | 1% |
| OTF Summit | $ | 200,000 | 1% |
| Programmatic Support | $ | 150,000 | 1% |
| One-time Startup Costs | $ | 500,000 | 3% |
| **OTF Programmatic and Operations - Subtotal** | **$** | **18,475,000** | **93%** |
| OTF Staff | $ | 1,350,000 | 7% |
| **OTF Staff - Subtotal** | **$** | **1,350,000** | **7%** |
| **Grand Total, OTF** | **$** | **19,825,000** | **100%** |

---

[3] Amounts in Internet Freedom Spend Plan Potluck reflect FY 2020 Appropriated Funds Only. The chart included in the Internet Freedom Spend Plan on pg. 8 had a total amount of $21,025,000, which inadvertently included the $1.2 million in annual funds for OTF salaries paid by RFA. Subsequently, the table above was adjusted to reflect the current FY2020 Financial Plan.