# Exhibit F



Lauren Turner <lauren@opentech.fund>

## Call for a Board Meeting
1 message

**Ben Scott** <ben@reset.tech>  Fri, Jun 26, 2020 at 12:20 PM
To: Lauren Turner <lauren@opentech.fund>

Lauren,

I am writing to call for an emergency board meeting — together with my fellow board members, Karen Kornbluh, Ryan Crocker and Michael Kempner. We have very important matters to discuss and decide.

Please schedule at the next feasible time and notify the remainder of the board in accordance with our Bylaws.

Thank you-
Ben


**Ben Scott**
Executive Director
–
## Reset
Internet for Democracy