IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, et al.<br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media,<br>*Defendants*. | Case No. 1:20-cv-1710<br><br>The Honorable Beryl A. Howell, Chief Judge |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

At the hearing on June 26, the Court quoted from language that it found on the Open Technology Fund's website concerning the organization's history. That language may have given the Court the impression that OTF was established by or under the authority of Congress or the U.S. Agency for Global Media (USAGM). As plaintiffs' counsel indicated at the hearing, any suggestion to that effect is not factually accurate. The language on the website has now been corrected. To further correct and clarify the record, the plaintiffs hereby attach the declaration of Libby Liu, OTF's Founder, who personally incorporated OTF. Ms. Liu's declaration includes as exhibits OTF's Articles of Incorporation and Certificate of Incorporation.

June 29, 2020

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

*Counsel for Plaintiffs*