# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media, <br><br> Defendant. | No. 1:20-cv-1710-BAH |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' JUNE 29, 2020 NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs recently filed a notice of supplemental authority (ECF No. 10) purportedly seeking to correct the "impression that OTF was established by or under the authority of Congress or the U.S. Agency for Global Media (USAGM)." That notice is irrelevant. Nobody ever contended that OTF was "authorized by Congress or [USAGM]" through government incorporation or charter. As Defendant explained, *no* organization is "authorized by Congress or [USAGM]" through government incorporation or charter. Def.'s Opp'n at 4–5, ECF No. 7. And all organizations that Plaintiffs attempt to classify as "authorized"—including Radio Free Asia and Radio Free Europe—are "private, non-profit 501(c)(3) organizations incorporated under state law." Pls.' Mot. at 1, ECF No. 4; Def.'s Opp'n at 4–5.

OTF should be considered "authorized under this chapter" for purposes of 22 U.S.C. § 6209(d) because it is funded as "authorized" under § 6204(a)(5), which gives the CEO the "authorit[y]" to "make and supervise grants and cooperative agreements." *See* Def.'s Opp'n at 3–8. In referencing OTF's prior status as part of Radio Free Asia, Defendant's point was simple: Congress would have expected that result. *See* Def.'s Opp'n at 6–7.

DATED: June 29, 2020               Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General

                                   DAVID M. MORRELL
                                   Deputy Assistant Attorney General

                                   CHRISTOPHER HALL
                                   Assistant Director, Federal Programs Branch

                                   */s/ Stephen Ehrlich*
                                   STEPHEN EHRLICH (NY Bar # 5264171)
                                   CHARLES E.T. ROBERTS (PA Bar # 326539)
                                   Trial Attorneys
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street, N.W.
                                   Washington, DC 20005
                                   Tel.: (202) 305-9803
                                   Email: stephen.ehrlich@usdoj.gov

                                   *Counsel for Defendants*