# Exhibit A

6/29/2020 Open Technology Fund Mail - Fwd: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020

Case 1:20-cv-01710-BAH Document 13-1 Filed 06/29/20 Page 2 of 5



Lauren Turner <lauren@opentech.fund>

## Fwd: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020
1 message

**Heidi Pilloud** <heidi@opentech.fund>  Mon, Jun 29, 2020 at 1:09 PM
To: Lauren Turner <lauren@opentech.fund>, Nat Kretchun <nat@opentech.fund>

Heidi Pilloud
Chief Financial Officer
Open Technology Fund
e: heidi@opentech.fund
m: +1.202.471.0420

Begin forwarded message:

**From:** Virginia Boateng <vboateng@usagm.gov>
**Subject: FW: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020**
**Date:** June 29, 2020 at 1:07:55 PM EDT
**To:** Heidi Pilloud <heidi@opentech.fund>, Nat Kretchun <nat@opentech.fund>
**Cc:** Grant Turner <GTurner@usagm.gov>, John Barkhamer <JBarkhamer@usagm.gov>, Thomas Layou <TLayou@usagm.gov>, Lillian Cheng <LCheng@usagm.gov>, David Kligerman <dkligerman@usagm.gov>, Marcus Murchison <mmurchison@usagm.gov>

Good afternoon Heidi,

Please find attached, a revised **Amendment #002 to the OTF FY20 Grant Agreement** between the USAGM and OTF, which provides operational funds for **July 1, 2020**, as approved in the FY2020 Internet Freedom Spend Plan Submission to Congress pursuant to the FY-2020 Appropriations Bill – P.L. 116-94.  The Financial Assistance Identification Number (**FAIN**) for this Grant Award is **OT01-20-GO-00001.**  At this time, USAGM intends to approve the submitted financial plan for the period of July 1 - 31, 2020 only in the amount of **$1,619,926.**

As a part of this request, can you provide a detailed explanation of the impacts of the transfer of RFA's contracts onto your books?  If you anticipate a problem, can you provide a list of payments that are scheduled to be paid during the period of July – September, 2020?

Please provide a signed version of this Grant Amendment and your entity's July 2020 funding request in the amount of **$1,619,926** in order to expedite the payment process. We will provide a copy of the bilaterally signed version of this agreement and the approved financial plan once all necessary signatures have been obtained.

If you have any questions, please let me know.

Thanks,
Virginia

*Virginia C. Boateng*
Budget Analyst
U.S. Agency for Global Media (USAGM)
Office of the Chief Financial Officer
Budget Division
(202) 203-4644
vboateng@usagm.gov

OTF FY20 Grant Agreement Amdt. 002 - FAIN OT01-20-GO-00001 July 2020 Funding 06 29 20.pdf
160K

**GRANT AGREEMENT
BETWEEN THE
U.S. AGENCY FOR GLOBAL MEDIA AND
OPEN TECHNOLOGY FUND**

**FAIN: OT01-20-GO-00001**

**GRANT FUNDS TABLE**

|  | FY 2020 PROGRAM PLAN | Previous Award Total | Current Award | New Award Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| **Open Technology Fund**[1] | $19,825,000 | $8,777,872 | $1,619,926 | $10,397,798 | Non-Reported |
| **Internet Freedom** | N/A | $600,000 | $0 | $600,000[2] | Non-Reported |
| **TOTAL FUNDING** | $19,825,000 | $9,377,872 | $1,619,926 | $10,997,798 | Non-Reported |

This Agreement constitutes Amendment number two (002) (the "Amendment") to the Fiscal Year ("FY") 2020 Grant Agreement between the U.S. AGENCY FOR GLOBAL MEDIA ("USAGM") and OPEN TECHNOLOGY FUND ("Non-Federal Entity") signed in January 2020 (the "Grant Agreement"). USAGM hereby grants an additional amount of **$1,619,926** of no-year funds to OPEN TECHNOLOGY FUND, up to $1,138,441 shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.

With the additional amounts granted under this agreement, the total amount USAGM has granted to the NFE for FY 2020 is **$10,997,798** of which, **$600,000** of the no-year funds are provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6); and, **$10,397,798** (up to **$9,231,225** shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.) of the no-year funds are provided by the Further Consolidated Appropriations Act, 2020, P.L. 116-94.

Except as otherwise expressly provided herein, the other provisions of the FY 2020 Grant Agreement shall remain in full force and effect.

---

[1] FY 2020 Internet Freedom Spend Plan Submission to Congress dated April 3, 2020 was approved April 23, 2020.

[2] $600,000 of the no-year funds were provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6).

**OPEN TECHNOLOGY FUND**             **U.S. AGENCY FOR GLOBAL MEDIA**

BY _____     BY _____
Heidi Pilloud                         Michael Pack
Treasurer and Chief Financial Officer Chief Executive Officer


DATE _____             DATE _____