# Exhibit B



**Peter Romer-Friedman <peter@guptawessler.com>**

## Re: Open Technology Fund v. Pack, No. 1:20-cv-1710
1 message

**Deepak Gupta** <deepak@guptawessler.com>  Mon, Jun 29, 2020 at 2:49 PM
To: "Ehrlich, Stephen (CIV)" <Stephen.Ehrlich@usdoj.gov>
Cc: "Morrell, David M. (CIV)" <David.M.Morrell@usdoj.gov>, "Roberts, Charles E. (CIV)" <Charles.E.Roberts@usdoj.gov>, Peter Romer-Friedman <peter@guptawessler.com>, Jennifer Bennett <jennifer@guptawessler.com>, Matthew Wessler <matt@guptawessler.com>, Steffi Ostrowski <steffi@guptawessler.com>

Dear Stephen--
We raised this issue at the hearing on Friday. On Friday afternoon, immediately before the hearing, the U.S. Department of Justice made a representation to the Court that "that there is no freeze in funding, including funding for obligations for new contracts or extensions to any contract, and that grantees may continue making obligations for new contracts or extension of any contracts pursuant to the terms of their respective grant agreements." In reliance on that representation, and additional clarifications made in open court indicating that USAGM would honor its commitments to OTF under the FY 2020 grant agreement, the plaintiffs and the Court concluded that the aspects of the plaintiffs' motion regarding the freeze on funds had become moot.

At 1:07pm today, however, OTF received an email from Virginia Boateng, Budget Analyst at USAGM. Even though the 2020 grant agreement had already been offered by USAGM and accepted by OTF, USAGM is now attempting to make an "amendment" to the grant. The cover email describing the amendment states that, "at this time, USAGM intends to approve" funding "only in the amount of $1,619,926." We believe that this withholding of funds that would ordinarily be transferred under OTF's $11 million grant is contrary to the representation made to the Court on Friday. And, if carried out, it will be enormously disruptive and destabilizing to OTF's normal operations.

If we do not hear from you immediately that the funds will be transferred to OTF in their entirety, we have no choice but to make this information known to the Court. Given the pendency of the TRO request and the conflicting statements that have been made, it is imperative that we hear from you.

Thank you,
Deepak

**Deepak Gupta**
Gupta Wessler PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
202.888.1741 | deepak@guptawessler.com
guptawessler.com


On Mon, Jun 29, 2020 at 1:46 PM Ehrlich, Stephen (CIV) <Stephen.Ehrlich@usdoj.gov> wrote:

> Deepak—It has been only 12 hours since you brought this issue to our attention at 1:43 am this morning. We are working to get back to you as quickly as possible after conferring with the Agency, but we cannot give you an exact time of response. We hope to be in touch later today.
>
>
> Stephen Ehrlich
>
> Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division l Federal Programs Branch
>
> 202-305-9803 l stephen.ehrlich@usdoj.gov

**From:** Deepak Gupta <deepak@guptawessler.com>
**Sent:** Monday, June 29, 2020 12:26 PM
**To:** Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>
**Cc:** Morrell, David M. (CIV) <dmorrell@CIV.USDOJ.GOV>; Roberts, Charles E. (CIV) <charober@CIV.USDOJ.GOV>
**Subject:** Re: Open Technology Fund v. Pack, No. 1:20-cv-1710

Please provide me with a time today by which you will respond with the Agency's position. If we don't hear from you by 2pm, we will have no choice to take this issue up with the Court, including potentially requesting a status conference to resolve this issue before the Court.

Thank you very much,

Deepak

**Deepak Gupta**

Gupta Wessler PLLC

1900 L Street, NW, Suite 312

Washington, DC 20036

202.888.1741 | deepak@guptawessler.com

guptawessler.com

On Mon, Jun 29, 2020 at 12:04 PM Ehrlich, Stephen (CIV) <Stephen.Ehrlich@usdoj.gov> wrote:

> Thanks, Deepak. We received your email and we are conferring with the Agency. We will get back to you as soon as possible.
>
> Stephen Ehrlich
>
> Trial Attorney
>
> U.S. Department of Justice
>
> Civil Division | Federal Programs Branch
>
> 202-305-9803 | stephen.ehrlich@usdoj.gov
>
> **From:** Deepak Gupta <deepak@guptawessler.com>
> **Sent:** Monday, June 29, 2020 11:56 AM
> **To:** Morrell, David M. (CIV) <dmorrell@CIV.USDOJ.GOV>; Roberts, Charles E. (CIV) <charober@CIV.USDOJ.GOV>; Ehrlich, Stephen (CIV) <sehrlich@CIV.USDOJ.GOV>
> **Subject:** Re: Open Technology Fund v. Pack, No. 1:20-cv-1710
>
> Dear Counsel--
>
> Can you please confirm your receipt of my email?

> Thank you,
>
> Deepak
>
>
> **Deepak Gupta**
>
> Gupta Wessler PLLC
>
> 1900 L Street, NW, Suite 312
>
> Washington, DC 20036
>
> 202.888.1741 | deepak@guptawessler.com
>
> guptawessler.com
>
>
> On Mon, Jun 29, 2020 at 1:42 AM Deepak Gupta <deepak@guptawessler.com> wrote:
>
>> Dear Counsel:
>>
>> I am writing on behalf of Open Technology Fund (OTF) to follow up on our colloquy with Judge Howell at the TRO hearing on Friday regarding whether the U.S. Agency for Global Media (USAGM) intends to transfer the funds (approximately $11 million) under its 2020 grant agreement with OTF. As reflected in the attachment to the Supplemental Declaration of J. Lauren Turner, and as discussed at the hearing, that grant application was offered to OTF by USAGM and accepted and signed by OTF.
>>
>> At Friday's hearing, I indicated to the Court that our decision on whether to continue to press our legal objection to the freeze on funds depended on USAGM's intentions with respect to the 2020 grant. Judge Howell then specifically asked counsel for USAGM to clarify whether USAGM's stated intention to lift the freeze would apply to this 2020 grant, such that USAGM would honor its commitment to OTF with respect to that grant. USAGM's position on this issue is therefore crucial to the Court's disposition of the emergency motion for a temporary restraining order.
>>
>> OTF has since sought immediate confirmation via email that the 2020 funds will be transferred. USAGM has not responded to OTF's inquiry and OTF has heard informally that USAGM has no intention of actually transferring the funds.
>>
>> **Please stipulate in writing by noon on June 29 (a) that USAGM will transfer the funds to OTF under the 2020 grant and (b) the timeline for that transfer.** If we do not receive a satisfactory response from you by noon, we may seek appropriate clarification through the Court.
>>
>> Thank you very much for your attention to this matter.
>>
>> Best,
>>
>> Deepak Gupta
>>
>>
>> **Deepak Gupta**
>>
>> Gupta Wessler PLLC
>>
>> 1900 L Street, NW, Suite 312
>>
>> Washington, DC 20036

202.888.1741 | deepak@guptawessler.com

guptawessler.com

On Thu, Jun 25, 2020 at 9:29 PM Morrell, David M. (CIV) <David.M.Morrell@usdoj.gov> wrote:

> Counsel:
>
> I represent the defendant in the above-captioned matter. Do you have time for a quick call this evening?
>
> Regards,
>
> David
>
> David Morrell
>
> Deputy Assistant Attorney General
>
> Civil Division, Federal Programs Branch
>
> U.S. Department of Justice
>
> (202) 353-2793