IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, et al.<br><br>                Plaintiffs,<br>   v.<br><br>MICHAEL PACK, in his official capacity<br>as Chief Executive Officer and Director of the<br>U.S. Agency for Global Media,<br><br>                Defendant. | Case No. 1:20-cv-1710 |

**MOTION TO SEAL DOCUMENT NUMBER 11-1**

The plaintiffs respectfully request that the Court seal Document No. 11-1, which was filed in error yesterday, June 29, 2020. One of the exhibits to the filing (Exhibit A) inadvertently contains attorney-client privileged communications. Immediately upon its filing, counsel for the plaintiffs contacted the Clerk's Office, which ensured that access on the docket would be restricted. The plaintiffs request that this motion be granted and that the document continue to be sealed as it is now.

Respectfully submitted,

*/s/Deepak Gupta*
DEEPAK GUPTA
GUPTA WESSLER PLLC
1900 L St NW, Suite 312
Washington, DC 20036
202-888-1741

*Counsel for Plaintiffs*

June 30, 2020