IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND, *et al.*,

    Plaintiffs,

  v.

MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media,

    Defendant.

No. 1:20-cv-1710-BAH

**DEFENDANT'S RESPONSE TO PLAINTIFFS'
JUNE 29, 2020 REQUEST FOR STATUS CONFERENCE**

Plaintiffs recently filed a request for status conference (ECF No. 13), contending that USAGM "will withhold the lion's share of its 2020 grant funds, contrary to the representations made to the Court on USAGM's behalf on Friday." That is simply untrue, and there is no need for a status conference.

OTF had complained that the purported "freeze immediately halted Open Technology Fund's ability to perform its mission by freezing $1.5 million in the Fund's bank account and intended for use in the field," and that it "froze" about $11 million in not-yet-distributed funds "committed to Open Technology Fund through its grant agreement." Turner Decl. ¶ 10, ECF No. 4-12.[1] As explained in the attached Turner

---

[1] Of course, Plaintiffs' own evidence belies any "freeze": if OTF (like any other grantee) believed that it was "necessary to move on" certain matters immediately, its personnel could "bring the matter to the attention of the [ ] grants team in the CFO's shop with a

Declaration, USAGM's June 26, 2020 email—and its counsel's representations to the Court later that day—clarified that no "freeze" existed for any funds obligated to OTF under its Fiscal Year (FY) 2020 grant agreement. *See* Hearing Tr. 3:13–5:6. All money "in the Fund's bank account and intended for use in the field"—*i.e.*, funds from the first three quarters of FY 2020 that had already been disbursed—was available to use. And the approximately $11 million for the fourth quarter of FY 2020 that USAGM had not yet distributed to OTF was eligible to be disbursed as well.

But USAGM said nothing about the *schedule* of disbursement for those fourth-quarter funds because no such agreement had ever been reached between USAGM and OTF. Contrary to Plaintiffs' assertions, USAGM is not "withhold[ing]" anything; it is simply disbursing fourth-quarter funds on a monthly basis, subject to negotiations between USAGM and OTF. That is fully within the CEO's authority and consistent with USAGM's practice for all grantees. So to the extent any "freeze" ever existed, that issue is moot and no status conference is needed.

---

written justification for the basis for such action and [USAGM] w[ould] work with the CEO to clear." Turner Decl. Ex. A.

| | |
|---|---|
| DATED: June 30, 2020 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>DAVID M. MORRELL<br>Deputy Assistant Attorney General<br><br>CHRISTOPHER HALL<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Stephen Ehrlich*<br>STEPHEN EHRLICH (NY Bar # 5264171)<br>CHARLES E.T. ROBERTS (PA Bar # 326539)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 305-9803<br>Email: stephen.ehrlich@usdoj.gov<br><br>*Counsel for Defendants* |