IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND, et al.
        *Plaintiffs*,

v.

MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media,
        *Defendant*.

Case No. 1:20-cv-1710

The Honorable Beryl A. Howell, Chief Judge

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

To provide the Court with the latest information concerning the status of actions by the U.S. Agency for Global Media to withhold Open Technology Fund's already-obligated grant funds, the plaintiffs respectfully submit the attached Third Declaration of J. Lauren Turner.

July 1, 2020

Respectfully submitted,

*/s/ Deepak Gupta*
DEEPAK GUPTA
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
deepak@guptawessler.com

*Counsel for Plaintiffs*