IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPEN TECHNOLOGY FUND, et al.

                Plaintiffs,

   v.

MICHAEL PACK, in his official capacity
as Chief Executive Officer and Director of the
U.S. Agency for Global Media,

                Defendant.

Case No. 1:20-cv-1710

**THIRD DECLARATION OF J. LAUREN TURNER**

I, J. Lauren Turner, declare as follows:

    1.    I am the General Counsel of the Open Technology Fund (OTF). I offer this third declaration in support of the plaintiffs' motion for a temporary restraining order and preliminary injunction to provide the Court with the most up-to-date information on USAGM's continuing attempts to withhold OTF's funding.

    2.    Shortly before the TRO hearing on June 26, 2020, I received an email from USAGM claiming that the agency was lifting the freeze on our funds. Around the same time, USAGM filed a notice to this Court that, earlier that day, the agency had "informed its grantees, including the Open Technology Fund, that there is no freeze in funding, including funding for obligations for new contracts or extensions to any contract." ECF No. 8 at 1. The agency specifically stated that "grantees may continue making obligations for new contracts or extension of any contracts pursuant to terms of their respective grant agreements, notwithstanding the instructions in USAGM's email of June 9, 2020." ECF No. 8 at 1.

3. Based on USAGM's pattern of disingenuous behavior towards OTF since the appointment of CEO Pack, and because the disbursement of these funds is critical, I became suspicious that USAGM was only claiming to lift the freeze but would nevertheless unexpectedly withhold funds under our 2020 grant agreement. I therefore informed our counsel of my suspicions and asked that he seek a very specific clarification of USAGM's intentions concerning the 2020 grant agreement. At the hearing, upon questioning from both plaintiffs' counsel and the Court, USAGM's counsel at the U.S. Department of Justice confirmed that it was "correct" that OTF's 2020 "grant is going to be active and will not be frozen" and that the "signed and executed version" of the grant, offered by USAGM and accepted by OTF, "would be operative." ECF No. 14 at 4. Based entirely on that specific representation, our counsel told the Court that we would not "press[] the claim regarding the freeze for purposes of this motion." The Court and the parties then proceeded based on that representation.

4. Following the hearing, I followed up with USAGM to confirm this understanding. I wrote an email to the agency communicating our expectation that, based on the lifting of the freeze and their statements in this Court, the $11 million in grant funds would be transferred on July 1, 2020, the beginning of the next quarter. Attached here as **Exhibit A** is a true and correct copy of the email sent by me to USAGM on June 26, 2020.

5. Given my concerns about USAGM's possible intention to backtrack on what it had said in court, I was very anxious to receive a response to my email. On the afternoon of June 29, 2020, Virginia Boateng, Budget Analyst at USAGM emailed an amended grant agreement to OTF CFO, Heidi Pilloud. This unilateral amendment unexpectedly reduced the amount to be disbursed under the grant agreement from approximately $11 million to approximately $1.6 million. The email gave no explanation for this abrupt change, but simply stated that "at this time, USAGM intends to approve" funding "only in the amount of $1,619,926." This email and amended grant agreement

2

were the first communication we received from USAGM following the hearing and my email of June 26, 2020. Attached here as **Exhibit B** is a true and correct copy of the email sent to OTF CFO Heidi Pilloud by USAGM on June 29, 2020. Attached here as **Exhibit C** is a true and correct copy of the amended grant agreement attached to the email of June 29, 2020.

6. This Monday was the first time that OTF has received a unilateral amendment of this type, and it represents a total aberration from our regular course of dealing with USAGM. OTF has never received monthly drawdowns. No indication was made to OTF prior to receiving the amended grant agreement that USAGM had decided to move to monthly drawdowns. Even as a project under Radio Free Asia (since 2012), OTF received at least quarterly, if not annual, drawdowns. USAGM has long understood that, unlike the other entities that USAGM funds, for OTF to effectuate its mission, it *must* receive at least quarterly drawdowns. This is because OTF disburses its internet freedom funds through regular, open, and competitive calls for funding, that run every two months. OTF is unable to predict the number of viable requests for funding it will receive during these open calls. As such, monthly drawdowns are not a viable way for OTF to budget its disbursements, nor are they a viable way for OTF to receive funds from USAGM. OTF simply cannot operate responsibly based on monthly drawdowns. USAGM knows this.

7. The agreement between the parties on quarterly drawdowns is not simply a matter of consistent understanding and longstanding practice, it is also a matter of agreement that has been memorialized in writing. As recently as a few months ago, on April 3, 2020, OTF CEO Libby Liu confirmed by e-mail to USAGM's budget office the necessity of quarterly drawdowns per prior agreement with USAGM's CFO and then-acting CEO.

8. Specifically, Liu confirmed that "per [OTF's] agreement with CEO Grant Turner and CFO John Barkhamer, OTF is submitting quarterly financial plans rather than monthly plans," and further confirmed that CFO Barkhamer had "advised [her]" on a call that he was

"working on amending the OTF grant agreement to allow for this next drawdown request – which will be in the amount of $5,349,551." She further explicitly informed USAGM's budget office that OTF would be "drawing down the remainder of the FY2020 allocation at the start of Q4" due to "anticipati[on] of several large contracts to be awarded." USAGM never contradicted Liu's written confirmation of the parties' "agreement" regarding the quarterly drawdown, and in fact issued a quarterly disbursement consistent with this agreement—just as it has done in every other quarter of FY2020, until now. Attached here as **Exhibit D** is a true and correct copy of an email from Libby Liu to USAGM on April 3, 2020.

8.  Based on our history of receiving quarterly drawdowns per the agreement described above, USAGM's offer of an $11 million drawdown in the grant agreement presented to us on June 16, 2020, our subsequent explicit acceptance of that offer through signed agreements, and especially the statements made by USAGM's counsel to this Court on June 26, 2020, OTF fully expected to receive the $11 million by July 1, 2020.

9.  Because of this sudden and unexpected unilateral amendment—mere days after confirming to this Court USAGM's commitment to disburse the $11 million, and mere days before the start of the new fiscal quarter—OTF is now forced to delay its usual open call for funding applications that was scheduled to begin on July 1, 2020. This is a major disruption to our operations. OTF cannot responsibly accept applications for funding with USAGM's commitment to transfer a mere $1.6 million to cover both programmatic and operational costs and no assurances that the remaining FY2020 funds will actually be transferred to us. In addition, contrary to the statement made in Defendant's Response to Plaintiff's Request for Status Conference that the $11 million not yet distributed to OTF is "eligible to be disbursed as well," OTF cannot in good faith obligate funds that it has not yet received or that have not been contractually obligated to us. This unexpected grant agreement amendment is incredibly threatening to our ability to carry out our

4

mission and impedes our ability to disburse these funds in line with congressional intent to support internet freedom.

10. Moreover, because our grant agreement places restrictions on our ability to accept outside funds, our situation is even more desperate. On the one hand, USAGM is withholding funds necessary for us to perform our operations and accomplish our mission. And, on the other hand, we are restricted in our ability to accept outside funds to do so.

11. Taken together, USAGM's actions—freezing our funds without explanation, lifting the freeze just prior to our hearing and committing to follow through with our signed grant agreement for $11 million dollars, and then making an unprecedented amendment to withold funds days later—makes it difficult to avoid the conclusion that USAGM is acting intentionally to cause maximum disruption to our operations.

12. These facts are a matter of my personal knowledge.

I declare under penalty of perjury under federal law that the foregoing declaration is true and correct. Dated this 1st day of July, 2020, and executed in Washington, DC.

*/s/ J. Lauren Turner*
J. Lauren Turner
