# Exhibit A



Lauren Turner <lauren@opentech.fund>

## Re: New limitations on grantee operations
1 message

**Lauren Turner** <lauren@opentech.fund>                                                       Fri, Jun 26, 2020 at 6:18 PM
To: Grant Turner <GTurner@usagm.gov>
Cc: Heidi Pilloud <heidi@opentech.fund>

Dear Grant,

Thank you for this update. We are pleased that the freeze has been lifted.

In accordance with this update, and consistent with statements made by CEO Pack's counsel during the hearing today, it is our expectation that USAGM will immediately release OTF's remaining FY2020 resources - totaling $11,047,128 - as outlined in our grant agreement (see attached). Given that this transfer has already been delayed by over a week and has stalled OTF's operations, the release of these funds has now become urgent. As such, we ask that you release these funds as soon as possible and no later than Wednesday, July 1.

I have also attached our funding request, previously submitted by Heidi to the budget office.

Best,
Lauren

On Fri, Jun 26, 2020 at 1:06 PM Grant Turner <GTurner@usagm.gov> wrote:

> Hello all,
>
> There is no freeze in funding. You may continue taking each of the following actions identified in my email of June 9, 2020, pursuant to the terms of your grant agreements and notwithstanding my instructions in that email: (1) obligations for new contracts or extensions of any contract; (2) all personnel actions relating to hiring or promotion, and excluding retirements; and (3) all technical migrations.
>
> Best,
> Grant
>
> Get Outlook for iOS
>
> ---
> **From:** Grant Turner <GTurner@usagm.gov>
> **Sent:** Tuesday, June 9, 2020 12:15 PM
> **To:** Bay Fang; Alberto Fernandez; Jamie Fly; Libby Liu
> **Cc:** John Barkhamer; Thomas Layou; David Kligerman; Daniel Hanlon; Diane Cullo
> **Subject:** New limitations on grantee operations
>
> Hi All,

We received word from the White House personnel office that Mr. Pack was appointed and sworn into office yesterday. This morning Michael sent out a couple of instructions for our federal operations which he would like extended to the grantees as well.

I've passed this along to John Barkhamer and Thom, who will be in touch through the regular CFO channels, but I wanted to share the restrictions below with you directly.

Effective immediately, there is a freeze on the following actions: (1) obligations for new contracts or extensions of any contract; (2) all personnel actions relating to hiring or promotion, and excluding retirements, and (3) all technical migrations.

If you believe it is necessary to move on any of these matters immediately, please bring the matter to the attention of the the grants team in the CFO's shop with a written justification for the basis for such action and we will work with the CEO to clear.

There may be more instructions coming from Thom, on how/whether to formalize this through the grant agreement, but I quickly wanted to share the limitations.

Best,
Grant

Get Outlook for iOS

--
Lauren Turner
**General Counsel**
**Open Technology Fund**
**lauren@opentech.fund**
**Ph/Signal: +1 202.492.0652**


CONFIDENTIAL COMMUNICATION

This e-mail message is intended only for the use of the addressee and

may contain information that is privileged and confidential. Any

unauthorized dissemination, distribution, or copying is strictly prohibited.

**2 attachments**


**OTF FY20 Grant Agreement Amdt.  002 - FAIN OT01-20-GO-00001 Updated 06 24 20 (1).pdf**
385K


**2020_05_OTF Q4 Funding Request.pdf**
171K