# Exhibit B

6/30/2020 Open Technology Fund Mail - Fwd: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020

Case 1:20-cv-01710-BAH Document 17-3 Filed 07/01/20 Page 2 of 3



Lauren Turner <lauren@opentech.fund>

## Fwd: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020
1 message

**Heidi Pilloud** <heidi@opentech.fund>  Mon, Jun 29, 2020 at 1:09 PM
To: Lauren Turner <lauren@opentech.fund>, Nat Kretchun <nat@opentech.fund>

Heidi Pilloud
Chief Financial Officer
Open Technology Fund
e: heidi@opentech.fund
m: +1.202.471.0420

Begin forwarded message:

**From:** Virginia Boateng <vboateng@usagm.gov>
**Subject: FW: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020**
**Date:** June 29, 2020 at 1:07:55 PM EDT
**To:** Heidi Pilloud <heidi@opentech.fund>, Nat Kretchun <nat@opentech.fund>
**Cc:** Grant Turner <GTurner@usagm.gov>, John Barkhamer <JBarkhamer@usagm.gov>, Thomas Layou <TLayou@usagm.gov>, Lillian Cheng <LCheng@usagm.gov>, David Kligerman <dkligerman@usagm.gov>, Marcus Murchison <mmurchison@usagm.gov>

Good afternoon Heidi,

Please find attached, a revised **Amendment #002 to the OTF FY20 Grant Agreement** between the USAGM and OTF, which provides operational funds for **July 1, 2020**, as approved in the FY2020 Internet Freedom Spend Plan Submission to Congress pursuant to the FY-2020 Appropriations Bill – P.L. 116-94. The Financial Assistance Identification Number (**FAIN**) for this Grant Award is **OT01-20-GO-00001.** At this time, USAGM intends to approve the submitted financial plan for the period of July 1 - 31, 2020 only in the amount of **$1,619,926.**

As a part of this request, can you provide a detailed explanation of the impacts of the transfer of RFA's contracts onto your books? If you anticipate a problem, can you provide a list of payments that are scheduled to be paid during the period of July – September, 2020?

Please provide a signed version of this Grant Amendment and your entity's July 2020 funding request in the amount of **$1,619,926** in order to expedite the payment process. We will provide a copy of the bilaterally signed version of this agreement and the approved financial plan once all necessary signatures have been obtained.

If you have any questions, please let me know.

Thanks,
Virginia

*Virginia C. Boateng*
Budget Analyst
U.S. Agency for Global Media (USAGM)
Office of the Chief Financial Officer
Budget Division
(202) 203-4644
vboateng@usagm.gov

📄 **OTF FY20 Grant Agreement Amdt. 002 - FAIN OT01-20-GO-00001 July 2020 Funding 06 29 20.pdf**
160K

6/30/2020   Open Technology Fund Mail - Fwd: OTF FY-20 Grant Amendment #002 - FAIN:OT01-20-GO-00001 - Funding for July, 2020

https://mail.google.com/mail/u/0?ik=5e9d7aa405&view=pt&search=all&permthid=thread-f%3A1670854049821383821%7Cmsg-f%3A1670854049821383821&simpl=msg-f%3A1670854049821383821&mb=1   2/2