# Exhibit C

GRANT AGREEMENT
BETWEEN THE
U.S. AGENCY FOR GLOBAL MEDIA AND
OPEN TECHNOLOGY FUND

FAIN: OT01-20-GO-00001

**GRANT FUNDS TABLE**

|  | FY 2020 PROGRAM PLAN | Previous Award Total | Current Award | New Award Total | Currency gain/(loss) (Informational) |
|---|---|---|---|---|---|
| **Open Technology Fund**[1] | $19,825,000 | $8,777,872 | $1,619,926 | $10,397,798 | Non-Reported |
| **Internet Freedom** | N/A | $600,000 | $0 | $600,000[2] | Non-Reported |
| **TOTAL FUNDING** | $19,825,000 | $9,377,872 | $1,619,926 | $10,997,798 | Non-Reported |

This Agreement constitutes Amendment number two (002) (the "Amendment") to the Fiscal Year ("FY") 2020 Grant Agreement between the U.S. AGENCY FOR GLOBAL MEDIA ("USAGM") and OPEN TECHNOLOGY FUND ("Non-Federal Entity") signed in January 2020 (the "Grant Agreement").  USAGM hereby grants an additional amount of **$1,619,926** of no-year funds to OPEN TECHNOLOGY FUND, up to $1,138,441 shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.

With the additional amounts granted under this agreement, the total amount USAGM has granted to the NFE for FY 2020 is **$10,997,798** of which, **$600,000** of the no-year funds are provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6); and, **$10,397,798** (up to **$9,231,225** shall be used to support Internet freedom projects. The remainder shall be used to fund OTF salaries and operations.) of the no-year funds are provided by the Further Consolidated Appropriations Act, 2020, P.L. 116-94.

Except as otherwise expressly provided herein, the other provisions of the FY 2020 Grant Agreement shall remain in full force and effect.

---

[1] FY 2020 Internet Freedom Spend Plan Submission to Congress dated April 3, 2020 was approved April 23, 2020.

[2] $600,000 of the no-year funds were provided by the Consolidated Appropriations Act of 2019 (Div. F, P.L. 116-6).

| **OPEN TECHNOLOGY FUND** | **U.S. AGENCY FOR GLOBAL MEDIA** |
|---|---|
| BY _____ | BY _____ |
| Heidi Pilloud | Michael Pack |
| Treasurer and Chief Financial Officer | Chief Executive Officer |
| | |
| DATE _____ | DATE _____ |