# Exhibit D



**Lauren Turner <lauren@opentech.fund>**

## Fwd: OTF FY2020 Fin Plan - through Q3
1 message

**Laura Cunningham** <laura@opentech.fund>  Tue, Jun 30, 2020 at 2:42 PM
To: deepak@guptawessler.com, Lauren Turner <lauren@opentech.fund>

---------- Forwarded message ---------
From: **Virginia Boateng** <vboateng@usagm.gov>
Date: Wed, Apr 8, 2020 at 2:45 PM
Subject: RE: OTF FY2020 Fin Plan - through Q3
To: Libby Liu <libby@opentech.fund>
Cc: Thomas Layou <TLayou@usagm.gov>, John Barkhamer <JBarkhamer@usagm.gov>, Patrick Taylor <taylorp@rfa.org>, Nat Kretchun <nat@opentech.fund>, Laura Cunningham <laura@opentech.fund>, Marcus Murchison <mmurchison@usagm.gov>

Good afternoon Libby,

Thank you for your request for funds.

Based on your most recent SF-425 report for the period ending February 29,2020, OTF received $3,728,320 with total expenditures of $49,392.61, resulting in $3,678,927.39 available as unobligated cash on hand.

So USAGM can review your needs based on your email for new funding for the April – June, 2020 in the amount requested of $5,649,551, please provide the following information:

·   Detailed list of proposed OTF new hires and RFA previous employees rehires over the next 90 days. This information should include the following for each employee:

    o   Position and Title

    o   Office Location

    o   Grade level

- o Annual Salary
- o Total Annual Salary and benefits cost
- o Anticipated Hire Date

· As you also mentioned in your email, you will be awarding a number of new grants and/or contracts within the third and fourth quarters. Please refer to your grant agreement Article VI – Administration of the Grant, b.5.e. Please ensure that USAGM is notified five (5) days in advance of any new grants or contracts exceeding $350,000 and any new leases exceeding $200,000.

If you have any questions, please let me know.

Kind Regards,

Virginia

---

**From:** Libby Liu [mailto:libby@opentech.fund]
**Sent:** Tuesday, April 7, 2020 2:00 PM
**To:** Virginia Boateng <vboateng@usagm.gov>
**Cc:** Thomas Layou <TLayou@usagm.gov>; John Barkhamer <JBarkhamer@usagm.gov>; Patrick Taylor <taylorp@rfa.org>; Nat Kretchun <nat@opentech.fund>; Laura Cunningham <laura@opentech.fund>; David Kligerman <dkligerman@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>
**Subject:** Re: OTF FY2020 Fin Plan - through Q3

Great!

Thank you, Virginia

***Libby Liu***

***CEO***

***Open Technology Fund***

On Apr 7, 2020, at 12:32 PM, Virginia Boateng <vboateng@usagm.gov> wrote:

Good afternoon Libby,

Thanks for your inquiry.  We are currently reviewing your requirements for the months of April – June.  We will follow-up with questions and concerns as soon as possible.

Have a nice day,

Virginia

*Virginia C. Boateng*

Budget Analyst

U.S. Agency for Global Media (USAGM)

Office of the Chief Financial Officer

Budget Division

(202) 203-4644

vboateng@usagm.gov

**From:** Libby Liu [mailto:libby@opentech.fund]
**Sent:** Tuesday, April 7, 2020 12:00 PM
**To:** Marcus Murchison <mmurchison@usagm.gov>

**Cc:** Virginia Boateng <vboateng@usagm.gov>; Thomas Layou <TLayou@usagm.gov>; John Barkhamer <JBarkhamer@usagm.gov>; Patrick Taylor <taylorp@rfa.org>; Nat Kretchun <nat@opentech.fund>; Laura Cunningham <laura@opentech.fund>; David Kligerman <dkligerman@usagm.gov>
**Subject:** Re: OTF FY2020 Fin Plan - through Q3

Hi all

Just a follow up to check on status of our fin plan and grant amendment

Let me know if we can help in any way to move this along

Thank you & stay safe

Libby

*Libby Liu*

*CEO*

*Open Technology Fund*

> On Apr 3, 2020, at 2:16 PM, Marcus Murchison <mmurchison@usagm.gov> wrote:
>
> Thanks, I see the months are broken out as past practice. Kind Regards, Marcus
>
> **From:** Libby Liu <libby@opentech.fund>
> **Sent:** Friday, April 3, 2020 2:14 PM
> **To:** Virginia Boateng <vboateng@usagm.gov>; Thomas Layou <TLayou@usagm.gov>; John Barkhamer <JBarkhamer@usagm.gov>; Marcus Murchison <mmurchison@usagm.gov>
> **Cc:** Patrick Taylor <taylorp@rfa.org>; Nat Kretchun <nat@opentech.fund>; Laura Cunningham <laura@opentech.fund>;

David Kligerman <dkligerman@usagm.gov>
**Subject:** Re: OTF FY2020 Fin Plan - through Q3

So sorry everyone

Apparently I attached the wrong document

hopefully this is the right one

**Libby Liu**

**CEO**

**Open Technology Fund**

**Key id: B5E9C360**

www.opentech.fund

On Fri, Apr 3, 2020 at 1:55 PM Libby Liu <libby@opentech.fund> wrote:

> Hi Virginia, John, Thom & Marcus -
>
> Thank you for sending this additional guidance regarding our fin plan. I've attached OTF's FY2020 Q3 Financial Plan here. (and thank you all for your patience in dealing with our efforts and questions)
>
> As a reminder, per our agreement with CEO Grant Turner and CFO John Barkhamer, OTF is submitting quarterly financial plans rather than monthly plans. John advised me during our last ICC call that he is working on amending the OTF grant agreement to allow for this next drawdown request - which will be in the amount of $5,649,551.

In addition to the information captured in the attached plan, I also wanted to provide additional context regarding these spreadsheets:

- The remainder of OTF's staff will be transitioning from RFA to the new OTF corporation in the month of April. This transition is reflected under Personnel Costs and explains the increase in projected salaries and benefits starting in April.

- We are now hiring staff into the OTF Corporation and that is reflected under Personnel Costs as well (I'm sure you'll all be happy to know that our new CFO will start on April 20, 2020 so you'll no longer have to deal with me on these issues!)

- We have increased our projected contractual costs for the month of April by $2 million based on Thom's previous recommendation. As you know, last month RFA and OTF had requested to transfer $2 million of the remaining unobligated FY19 Internet freedom funding to the OTF corporation for ongoing programmatic costs; however, it was Thom's recommendation that RFA not transfer funds to OTF until the auditor certification of all remaining FY19 assets is completed prior to the financial migration. Instead, Thom recommended that OTF request an additional $2 million in FY20 Internet freedom funds in our next financial plan to account for that difference, which we have done.

- Since the OIF funds contained in the Q2 fin plan was a one-time only transaction, we left that table static and just added a line to the summary fin plan at the top so that by year-end the totals will track to include the OIF $600k.

As a final note, we will be drawing down the remainder of the FY2020 allocation at the start of Q4 when we are anticipating several large contracts to be awarded. As the Internet Freedom work is appropriated as no-year funds, I don't anticipate an issue then.

Thank you again for all your help and patience -

If you have any questions or concerns, please let me know.

Best,
Libby

**Libby Liu**

**CEO**

**Open Technology Fund**

**Key id: B5E9C360**

www.opentech.fund

--
**Laura Cunningham**
President
Open Technology Fund
Laura@OpenTech.Fund
+1 202 352 6432

