UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media, <br><br> Defendant. | Civil Action No. 20-1710 (BAH) <br><br> Chief Judge Beryl A. Howell |

# ORDER

Upon consideration of plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 4; plaintiffs' Motion for Hearing Status Conference, ECF No. 18; the memoranda in support and opposition; the parties' declarations, exhibits, and supplemental filings; the arguments presented at the hearing held on June 26, 2020; and the full record herein, for the reasons stated in the Memorandum Opinion issued with this Order, it is hereby

**ORDERED** that plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 4, is **DENIED**; and it is further

**ORDERED** that plaintiffs' Motion for Hearing Status Conference, ECF No. 18, is **DENIED**.

**SO ORDERED**.

**Date**: July 2, 2020

_____
BERYL A. HOWELL
Chief Judge

1