IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPEN TECHNOLOGY FUND, AMBASSADOR RYAN CROCKER, AMBASSADOR KAREN KORNBLUH, BEN SCOTT, MICHAEL W. KEMPNER,<br><br>*Plaintiffs*,<br><br>v.<br><br>MICHAEL PACK, in his official capacity as Chief Executive Officer and Director of the U.S. Agency for Global Media,<br><br>*Defendant*. | Case No. 1:20-cv-1710<br><br>The Honorable Beryl A. Howell, Chief Judge |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in this case appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's memorandum opinion and order of July 2, 2020 (ECF Nos. 21 and 22), which denied the plaintiffs' motion for a temporary restraining order and preliminary injunction.

Respectfully submitted,

Dated: July 2, 2020

By: */s/ Deepak Gupta*
Deepak Gupta
DEEPAK GUPTA
Gupta Wessler PLLC
1900 L Street, N.W.
Washington, DC 20009
(202) 888-1741
*deepak@guptawessler.com*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed this notice of appeal through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                            */s/ Deepak Gupta*
                                                          Deepak Gupta